**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630


**REHEARING ACTION: April 30, 2008**


**Docket Number: 07   01201-WCA**

**WANETTA IVORY**
**VERSUS**
**SOUTHWEST DEVELOPMENTAL CENTER**

**Appealed from Office of Workers' Compensation - # 4 Case No. 03-08331**


BEFORE JUDGES:

    Hon. Oswald A. Decuir
    Hon. Jimmie C. Peters
    Hon. Marc T. Amy


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wanetta Ivory** has this day been

    **DENIED.**


cc: Sylvia M. Fordice, Counsel for the Appellant